NAME: ANDREW BROWN L.
T.D.C.J.# 1612077
UNIt: COFFiELd
ADDRESS: 2661 FM 2054
TOWN & StAtE: TENNESSEE COLONY 75884
CASE: Agg SexaL AssaLt

CAUSE #200-10    DATE: 9-10-15

PaG ①

81,954-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

TOO: DistrictcLark OR coNSERN I a'm writeing you This Letter To You Dew To The 11.07 ANd The LaboratoVY case #L345402 - TO A Pair PaNts That was Stated ON The WaeLder Texas PoLice RePort RaNgLer shirt ANd PaNts FouNd PN The Vitum mason miLLier House That was FouNd D.N.A SemeN That The Pair PaNts Post To Be miNe Pair PaNts. I NO TruLy That The Pair PaNts FouNd iN miss- Miller House couLd Not Be miNd. Noted That Theres NO EvideNce OF me BeiNg FoNd OF me PN miss miLLer House or ever BeiNg arouNd Her or TaLkiNg To Her Theres No hair- or seLL SampLes. No SaLiva. BLood. or LateNt PriNts Tied To me. As I a'm SayiNg Theres No SemeN OF me Ether. ✦NoW GoNZALES Texas couNty court couNty AttorNy SeNt You ANd I The Facts OF The 11.07 To Ya'LL.

Stated That The Pair Pawt. That The D.N.A Semen Was Found ON Miss millier Pawts She whor To The Hospital iN San Antonio, TX And That The Pants was Sent TO A LaB ~~as~~ D.P.S. But The Pants was Fowd iN Miss Miller House That Post To ~~was~~ Belong To me was Sent TO A LaB For Test And Had my Semen on The Pawt From D.P.S LaB. I a'm setting Here iw TDCJ Being So INNOCENCE. That I wait Paitrent For The Resorts To Come Back That The Pawts Do Not Belong To me And Theres NO DNA Semew ow me. Now I Have Look iw To Forisic LaB iN Dallas TX. Igave Them The AFFPawt Lt. Julia Guardiola #2601702 Peace OFFicer OF Gonzales Texas investigateiws Name Because it stated iN The Waelder Texas Police Report That Lt. — Guardiola PS The one Stated She Fouwd A Pair Pawts iN Miss Milliers House That Didn't Belong To miss millier A Rawgler Shirts And A Pair Pawts ~~waos~~ Lt. Guardiola Stayed That She Took The Pawt And Shirt To D.P.S LaB TesT

Forisic LaB iN Dallas Texas wrote me Back
Saying There NO D.N.A OF You iN owr compter
OF me ANd That all They caN Tell me.
I Did Form You wheN GONzaLes court seNt me
The Facts To You ANd I That The whole Facts That
The couNty AttorNY ANd MY District AttorNY Fail TO
Tell The Truth ANd NothiNg But The Truth That Thers
NO semeN OF me. ANd I At MY NOLege I DO BeLeave
That There was No PaNt FouNd with my D.N.A At
Miss millier House. But I DO KNow what The medical
Recards stayed while miss miller was get Tested For
SeXaL AssaLt LaB Test oN medicaL Report stated From
SeXaL LaB Doctors iN saN ANtowio TX said miss millier was
Not PeNtrated By Her A tacker A Thers No semeN FouNd
iN Her. But she Has BeeN Hit iN The EYE

I Do Behive That The Semen was made up To convict me To A crime That I Never comited Bye Name of "Julia Gaardiola #2601702

A I Than Had Fights About This case I Had officer Here on coffield Look in my Recards And come quest me About my case in front of other inmate. Now I Been in TDCJ For Poss. of A Firearm And poss of controll Substenc my Discharge was 8 year Sentenc my Time Ends November 18, 2015. I Have Took changes class Parenting class And Bible classes I Pay The Price for my Acking I was Arrested For. But This sexal Assalt 200-10 is Not me I a'm Innocence There No pants Shorts Semen of me. Please conserng To my case Judge or D.A. Please Don't Leave me in Prison for Somthing I Did Not comit Eny longer (Thank you) For Reading my Letter with Pray And conser Y

Andrew Brown